1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE KARAVOLOS,<br><br>               Petitioner,<br><br>        v.<br><br>DANIEL PARAMO,<br><br>               Respondent. | Case No. 2:18-04074 JFW (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated February 12, 2021 [Dkt. No. 19].

     Finding no objections on file, IT IS HEREBY ORDERED:

     1.    The United States Magistrate Judge's Report and Recommendation [Dkt. No. 19] is accepted;

     2.    The Petition is denied and this case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED:  March 4, 2021

_____
THE HONORABLE JOHN F. WALTER
United States District Judge