JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE KARAVOLOS, | Case No. 2:18-04074 JFW (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| DANIEL PARAMO, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: March 4, 2021

THE HONORABLE JOHN F. WALTER
United States District Judge